## JAMES ROGERS vs. JOHN RANDEL, Jr.

Assumpsit lies for an attorney's fee.

Assumpsit for compensation for professional services as a lawyer.

In this case the plaintiff recovered two thousand one hundred and eighty four dollars, for services rendered as attorney and counsel for the defendant in the cases of Randel vs. Wright; Randel vs. The Chesapeake and Delaware Canal Company, and other cases growing out of them.

The declaration was on a special contract, with a quantum meruit count; on which last the recovery was had, the plaintiff having failed to prove the special contract.

*Booth* and *J. A. Bayard*, for plaintiff.

*Frame, R. H. Bayard* and *Wales*, for defendant.